## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Monica Borja,                   :        **Chapter 13**
                                       :
      **Debtor**                      :        **Bky. No. 23-11645 (PMM)**


### ORDER TO SHOW CAUSE WHY
### DEBTOR'S CASE SHOULD NOT BE DISMISSED

      **AND NOW,** the docket reflecting that this case was filed in violation of a prior order of

this court dated February 4, 2022, (see Bky. No. 22-10001, Doc. # 18);

      It is hereby **ORDERED** that a hearing shall be held **on Tuesday, June 20, 2023 at 11:00**

**a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom,**

**201 Penn St., Reading, PA 19601** to consider whether this bankruptcy case should be

**DISMISSED as having been filed in violation of a prior court Order.**


                                     *Patricia M. Mayer*

**Date: 6/5/23**
                          **HON. PATRICIA M. MAYER**
                          **U.S. BANKRUPTCY JUDGE**