**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  MONICA BORJA,** aka | : | **Chapter 13** |
| Monica Borja-Rubio, aka | : | Case No.: **23-11645-pmm** |
| Monica Rubio, | : | |
| Debtor | : | |

| | | |
|---|---|---|
| **MONICA BORJA**, | : | Motion to |
| Movant, | : | Extend Automatic Stay |
| v. | : | Hearing: 10 am, June 27, 2023 |
| **UNITES STATES INTERNAL REVENUE** | : | 4th Floor Courtroom |
| **SERVICE, PENNSYLVANIA DEPARTMENT** | : | The Gateway Building |
| **OF REVENUE**, and all Parties listed on the | : | 201 Penn Street, Suite 103 |
| mailing matrix filed with the Clerk, with the | : | Reading, PA 19601 |
| exception of Paramount Residential | : | |
| Mortgage Group and CENLAR, FSB, | : | |
| Respondents. | : | |

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the Motion to Extend Automatic Stay filed by Debtor **MONICA BORJA**, it is hereby ORDERED that the Motion to Extend Automatic Stay be and is hereby GRANTED.  It is further ORDERED that the automatic stay in the above-captioned case is hereby EXTENDED as to all creditors except for Paramount Residential Mortgage Group and CENLAR, FSB, with regard to 913 Constitution Avenue, Pen Argyl, Northampton County, Pennsylvania,, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

**Date: June 27, 2023**

*Patricia M. Mayer*

Patricia M. Mayer, Bankruptcy Judge